# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:23-cv-01982-HSG |
| Plaintiff, | |
| vs. | Honorable Haywood S. Gilliam, Jr. |
| JOHN DOE subscriber assigned IP address 69.181.70.63, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for July 25, 2023, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until September 21, 2023 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for July 25, 2023 is continued to October 24, 2023 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: 7/10/2023

By: *Haywood S. Gill Jr.*
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1